UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Fekadu Woldemariam

DEBTOR(S)

Case No.: 23-18848
Chapter 13

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, by Fay Servicing, LLC, Servicing Agent

MOVANT

vs.

Fekadu Woldemariam

Tirunesh Buta, non filing codebtor

RESPONDENT(S)

### NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE

NOW COMES MOVANT by the undersigned counsel and files herein this NOTICE OF TERMINATION OF AUTOMATIC STAY.

Pursuant to the terms and conditions of the Consent Order, the Debtor(s) have/has no right to cure said default.

Under the provisions of the Consent Order, the stay of Section 362(a) is terminated as of June 13, 2025.

Signed and mailed this 13th day of June, 2025.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
1099 Winterson Road
Suite 301
Linthicum Heights,
Maryland, 21090

410-296-2550

File #: 455230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 13th day of June, 2025, a copy of the within Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

Fekadu Woldemariam
2911 Hickory Leaf Way
Silver Spring, MD 20904

Tirunesh Buta
2911 Hickory Leaf Way
Silver Spring, MD 20904

| and respondent(s)' counsel: | Timothy P. Branigan, Trustee |
| Frank Morris, II, Esquire | 9891 Broken Land Parkway Suite 301 |
| 8201 Corporate Drive Suite 260 | Columbia, MD 21046 |
| Landover, MD 20785 | |

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 455230